IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SONDRA BUSCH, | : | |
| *Plaintiff*, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ALLAN DOMB et al., | : | No. 17-2012 |
| *Defendants*. | : | |

# O R D E R

**AND NOW**, this 20th day of December, 2017, upon consideration of the Defendants' Motions to Dismiss (Doc. Nos. 19 and 20) and the Responses and Replies thereto (Doc. Nos. 23, 24, 25, 26, 30, 31, and 32), it is **hereby ORDERED** that the Defendants' Motions (Doc. Nos. 19 and 20) are **GRANTED as to Count II (Breach of Fiduciary Duty) and DENIED as to Counts I, III, IV, and V**.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge