IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SONDRA BUSCH, | : | |
|     *Plaintiff*, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ALLAN DOMB et al., | : | No. 17-2012 |
|     *Defendants*. | : | |

# O R D E R

**AND NOW**, this 9th day of March, 2018, upon consideration of the Court's Memorandum and Order Regarding Defendants' Motions to Dismiss (Doc. Nos. 33 and 34), Defendants' Motion for Reconsideration (Doc. No. 35), and Plaintiff's Response thereto (Doc. No. 36), it is **hereby ORDERED** that the Defendants' Motion for Reconsideration (Doc. No. 35) is **DENIED**.

                                                BY THE COURT:

                                                S/Gene E.K. Pratter
                                                GENE E.K. PRATTER
                                                UNITED STATES DISTRICT JUDGE